UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                         Criminal No. 05-cr-241-03-JD

Virak Tin


O R D E R

The assented to motion to reschedule jury trial (document no. 221) filed by defendant is granted.  In view of the number of continuances previously granted and the age of this case, counsel is placed on notice that no further continuances will be granted.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date:  October 12, 2007

cc:  Robert Kinsella, Esq.
     James Dennehy, Esq.
     U.S. Marshal
     U.S. Probation